

**IN THE**
**TENTH COURT OF APPEALS**

_____

**No. 10-13-00412-CR**

**DYLYN REED RICHARDS,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

_____

**From the 40th District Court**
**Ellis County, Texas**
**Trial Court No. 37254CR**

_____

# ORDER

_____

Appellant's brief was originally due on April 21, 2014.  On April 23, 2014, the Court granted appellant's motion for extension of time to file his brief.  Appellant's brief was due June 20, 2014.

Appellant's second motion for extension of time to file his brief was filed on June 20, 2014.  The primary reason for the request for an extension of time was that counsel for appellant was "a sole practitioner and insufficient uninterrupted time has been available to produce the Petitioner's Brief on the Merits."  The Court granted this

second motion on June 25, 2014 and the time to file appellant's brief was extended to August 4, 2014.

Appellant's third motion for extension of time to file his brief was filed on August 4, 2014. An amended motion for extension of time was filed on the same day.[1] In his amended motion, appellant has requested an extension of time until September 18, 2014, to file his brief; a total of 180 days to complete what the rules provide as a standard to be performed in 30 days. *See* TEX. R. APP. P. 38.6. In the amended third motion, it again states that the primary reason for the request for an extension of time is that counsel is "a sole practitioner who is frequently in court and has not been able to block off sufficient uninterrupted time to prepare the Appellant's brief."

Even when an extension may initially be justified, the Court must draw the limit at some point. The Court has reached that point in this appeal. *See Tyree v. State*, 342 S.W.3d 808, 809 (Tex. App.—Amarillo 2011, order) ("We no longer want to be told that 'I am too busy with other stuff to do what you want.'").

Accordingly, appellant's amended third motion for extension of time to file his brief is denied. Appellant's brief is ordered to be filed within 21 days from the date of this order. The failure of the Court to timely receive appellant's brief will result in the Court abating the appeal and ordering the trial court to conduct a hearing under Rules of Appellate Procedure 38.8(b)(2) & (3).

PER CURIAM

---

[1] Because appellant's third motion for extension of time was amended, we will only rule on the amended motion.

Before Chief Justice Gray,
  Justice Davis, and
  Justice Scoggins
Motion denied
Order issued and filed August 14, 2014